1

2

3

4

5

6

7

8                                   UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CLAUDE DIXON,                                    No.  2:14-cv-2982 MCE CKD PS

12                   Plaintiff,

13        v.                                          ORDER

14   CHRISTOPHER DIXON, et al.,

15                   Defendants.

16

17          Plaintiff is proceeding in this action pro se.  Plaintiff alleges diversity as the basis for

18   subject matter jurisdiction.  The federal venue statute  provides that a civil action may be brought

19   only in "(1) a judicial district where any defendant resides, if all defendants are residents of the

20   State in which the district is located; (2) a judicial district in which a substantial part of the events

21   or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

22   of the action is situated; or (3) if there is no district in which an action may otherwise be brought

23   as provided in this section, any judicial district in which any defendant is subject to the court's

24   personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

25          The property which is the subject of this action is located in Azle, Texas, which is located

26   in Tarrant County.  Defendants also reside in Azle, Texas.  Therefore, plaintiff's claim should

27   have been filed in the United States District Court, Northern District of Texas.  In the interest of

28   justice, a federal court may transfer a complaint filed in the wrong district to the correct district.

                                                      1

1    See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

2          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United

3    States District, Northern District of Texas.

4    Dated:  January 8, 2015

5                                                                _____
                                                                 CAROLYN K. DELANEY
6                                                                UNITED STATES MAGISTRATE JUDGE

7    4 dixon.tra